IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants.<br>_____ / | No. C-06-4068 MMC<br><br>**ORDER GRANTING (1) PLAINTIFFS' REQUEST TO FILE SURREPLY IN OPPOSITION TO MOTION TO INTERVENE; (2) DEFENDANTS' REQUEST FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO INTERVENE**<br><br>(Docket Nos. 67, 70) |

    Before the Court are requests filed November 9, 2006 by plaintiffs and defendants, respectively, seeking leave to file surreplies in opposition to Laurence R. Kaufmann's ("Kaufmann") motion to intervene, for the purpose of addressing new arguments raised in Kaufmann's reply. For good cause shown, each request is hereby GRANTED. Plaintiffs and defendants shall file their respective surreplies on or before November 15, 2006.

    This order terminates Docket Nos. 67 and 70.

    **IT IS SO ORDERED.**

Dated: November 14, 2006

                                                    MAXINE M. CHESNEY
                                                  United States District Judge