E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GLASS, et al.,

    Plaintiffs,

v.

UBS FINANCIAL SERVICES, INC., et al.,

    Defendants.

No. C-06-4068 MMC

**NOTICE TO PLAINTIFFS RE: EMAIL REQUEST FROM CLASS MEMBER**

On November 14, 2006, the Court received the attached email from class member Chad Scherr requesting "an electronic copy" of the instant action. As the class notice directs class members to contact class counsel or the claims administrator for information about the proposed settlement of the instant action, the Court hereby refers Scherr's request to plaintiffs' counsel.

**IT IS SO ORDERED.**

Dated: November 15, 2006

MAXINE M. CHESNEY
United States District Judge



"Chad Scherr" &lt;chad.scherr@gmail.com&gt;
11/14/2006 12:31 PM

To
cc
bcc
Subject  Your Case

Re:
C - 06 - 4068 - MMC

Dear Judge Chesney,

Can you (or the appropriate party) please email me an electronic copy of the above case?

Sincerely,

Chad Scherr
Class Member

=====================================
Please note that this e-mail and any files transmitted with it may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this communication or any of its attachments is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to this message and deleting this message, any attachments, and all copies and backups from your computer.