IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER RE: LAWRENCE R. KAUFMANN'S WITHDRAWAL OF MOTION TO INTERVENE AND OBJECTION TO SETTLEMENT** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | |
| Defendants. / | |

On November 15, 2006, the Court received a letter from an attorney on behalf of Lawrence R. Kaufmann ("Kaufmann"), dated November 13, 2006, along with Kaufmann's declaration, by which documents Kaufmann notified the Court that Kaufman was withdrawing his motion to intervene in the instant action.

Kaufmann may, without court approval, withdraw his motion to intervene, and the Court considers said motion to be withdrawn. A class member's objections to a proposed class action settlement "may be withdrawn only with the court's approval," however. See Fed. R. Civ. P. 23(e)(4)(B). Kaufmann's motion to intervene contains various objections to the proposed settlement in the instant action. Accordingly, the Court must determine whether to approve Kaufmann's request to withdraw said objections, or to deny Kaufmann's request and consider said objections at the January 19, 2007 fairness hearing.

Because plaintiffs and defendants have not had an opportunity to address the issue, the Court will afford the parties an opportunity to brief the matter. Accordingly, no later than December 1, 2006, the parties may file memoranda addressing the issue of whether the

1  Court should approve Kaufmann's motion to withdraw his objections to the proposed
2  settlement.  The matter will be taken under submission at that time, unless the Court, after
3  reviewing the parties' submissions, determines oral argument would assist the Court.
4  **IT IS SO ORDERED.**

5  Dated: November 16, 2006

MAXINE M. CHESNEY
United States District Judge