M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com
MOLLY HARCOS (SB# 233556) mollyharcos@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

KEVIN J. McINERNEY (NY SB# KM-0163)
CHARLES A. JONES (SB# 224915)
McINERNEY & JONES
18124 Wedge Parkway, #503
Reno, NV  89511
Telephone:  (775) 849-3811
Facsimile:  (775) 849-3866

Attorneys for Plaintiffs

JOSEPH GLASS, DANTE DIFRANCESCO,
RALPH CARBONE, AND DAVID BACHRACH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS , DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., a corporation; UBS PAINE WEBBER, a corporation; and PAINE WEBBER GROUP INC., a corporation,<br><br>Defendants. | CASE NO. C-06-4068 MMC<br><br>**[PROPOSED]** ORDER APPOINTING THE HONORABLE CHARLES LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES<br><br>Date:      December 15, 2006<br>Time:      9:00 a.m.<br>Location:  Room 7<br>Judge:     Hon. Maxine M. Chesney |

---

Case No. C-06-4068 MMC

[PROPOSED] ORDER APPOINTING THE HON.
C. LEGGE AS MASTER PURSUANT TO THE
STIPULATION OF PARTIES

WHEREAS, the plaintiff class by its undersigned counsel, Kevin J. McInerney, Esq., and the defendant UBS Financial Services Inc. by its counsel, M. Kirby C. Wilcox, Esq., have entered into a proposed settlement of this action that has been granted preliminary approval by this Court, and

WHEREAS, the parties advised the Court at the time of the hearing for preliminary approval that they contemplated the assistance of a retired Federal Judge to review issues or questions that arose relative to the allocation among different states of the settlement proceeds, and

WHEREAS, the Court's inquiry into the fairness of the settlement is likely to require considerable expenditure of time and resources because the settlement encompasses issues related not only to federal wage and hour laws, but also to the laws of multiple states and territories; and

WHEREAS, it would be beneficial for the Court to delegate some of its authority to an experienced evaluator, the Honorable Charles A. Legge, to examine the allocation formula in the settlement as well as any challenges to that allocation and issue a finding as to whether it is fair, adequate and reasonable, and

WHEREAS, the Court could then adopt Judge Legge's findings or revisit them at the January 19, 2007 fairness hearing, and

WHEREAS, the parties consent to the appointment of a master pursuant to Rule 53 of the Federal Rules of Civil Procedure, and

WHEREAS, the parties have reserved the days of January 4 and January 5, 2007

1  for Judge Legge to hear any objections to the allocation of settlement proceeds among the states

2  as discussed above, pursuant to the terms of the Stipulation for Settlement, and

4  WHEREAS, Judge Legge has not indicated that there is any ground for

5  disqualification under 28 USC § 455 and the parties, in any event, waive any possible

6  disqualification,

8  IT IS HEREBY ORDERED that retired Judge Charles A. Legge, currently a

9  mediator and arbitrator with JAMS in San Francisco, is appointed as Master to hear and

10  determine whether the allocation formula in the settlement is fair, reasonable and adequate in

11  light of any timely challenges to that allocation.  The Master shall proceed with all reasonable

12  diligence.  He shall have authority to direct persons to appear before him, administer oaths and

13  take testimony and records and preserve any such testimony or evidence, and render a written

14  report to this Court making appropriate findings prior to this Court's fairness hearing currently set

15  for January 19, 2007 at 9:00 a.m.  The Master shall be compensated at the rates that he charges

16  for such services through his employer, JAMS, and Class Counsel shall absorb that

17  compensation, unless the Court directs a different rate of compensation or a different allocation of

18  such compensation under Federal Rule of Civil Procedure 53(h).

20  IT IS FURTHER ORDERED that the parties shall serve a copy of this order on all

21  class members who have filed timely objections to the proposed settlement as well as on proposed

22  amicus the Attorney General of the State of New York, and the parties shall notify all such

23  persons forthwith, in writing, of the date, time, and location of the hearing before Judge Legge.

25  DATED:  December 7, 2006.

_____
MAXINE M. CHESNEY
United States District Judge

LEGAL_US_W # 55212500.3

Case No. C-06-4068 MMC   -3-   [PROPOSED] ORDER APPOINTING THE HON. C. LEGGE AS MASTER PURSUANT TO THE STIPULATION OF PARTIES