United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBS FINANCIAL SERVICES, INC., et al., <br><br> Defendants. <br> _____/ | No. C-06-4068 MMC <br><br> **ORDER DIRECTING PLAINTIFFS AND DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

On December 1, 2006, defendants electronically filed a Memorandum Requesting the Court Allow Lawrence R. Kaufmann to Withdraw His Objections to the Settlement. On December 1, 2006, plaintiffs electronically filed a Memorandum on Withdrawal of Lawrence R. Kaufmann's Motion to Intervene. On December 4, 2006, plaintiffs electronically filed a Motion to Strike Anthony D'Aria's Memorandum in Response to the Court's Request for Briefing on Lawrence R. Kaufmann's Request to Withdraw Glass Objections. Plaintiffs and defendants have violated General Order 45 and the Court's standing orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Plaintiffs and defendants are hereby ORDERED to comply with General Order 45

and the Court's standing orders by immediately submitting chambers copies of the above-referenced documents.  Plaintiffs and defendants are hereby advised that if they fail in the future to comply with the Court's order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: December 7, 2006

MAXINE M. CHESNEY
United States District Judge