1   *(Counsel of Record are Listed on Next Page)*

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,

               Plaintiffs,

     vs.

  UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,

            Defendants.

CASE NO. C-06-4068 MMC

**JOINT APPLICATION FOR ORDER PERMITTING PLAINTIFFS AND DEFENDANT UBS FINANCIAL SERVICES INC. TO FILE A JOINT MOTION FOR FINAL APPROVAL WHICH EXCEEDS THE PAGE LIMIT OF LOCAL RULE 7-2(b)**

**[~~PROPOSED~~] ORDER**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C-06-4068 MMC

1    KEVIN J. McINERNEY (NYS #KM0163)
     CHARLES A. JONES (CA SB# 224915)

2    McINERNEY AND JONES
     18124 Wedge Parkway, Suite 503

3    Reno, NV 89511
     Telephone:  (775) 849-3811

4    Facsimile:  (775) 849 3866

5    MICHAEL SHEN (MS5714)
     MICHAEL SHEN & ASSOCIATES, P.C.

6    225 Broadway, Suite 2515
     New York, NY 10007

7    Telephone:  (212) 227-0300
     Facsimile:  (212) 227-2714

8

9    JEFFREY DONOFRIO (ct07738)
     CIULLA & DONOFRIO

10   127 Washington Ave.
     North Haven, CT 06473
     Telephone:  (203) 239-9828

11   Facsimile:  (203) 234-0379

12   Attorneys for Plaintiffs

13   M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com
     MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com

14   MOLLY HARCOS (SB# 233556) mollyharcos@paulhastings.com
     PAUL, HASTINGS, JANOFSKY & WALKER LLP

15   55 Second Street
     Twenty-Fourth Floor

16   San Francisco, CA  94105-3441
     Telephone:  (415) 856-7000

17   Facsimile:  (415) 856-7100

18   Attorneys for Defendant
     UBS FINANCIAL SERVICES INC.

19

20

21

22

23

24

25

26

27

28

Case No.  C-06-4068 MMC

1    Defendant UBS Financial Services, Inc. ("UBS") and Plaintiffs Joseph Glass,

2   Dante DiFrancesco, Ralph Carbone, and David Bachrach ("Plaintiffs") hereby apply for an order

3   permitting the parties to file a Joint Notice of Motion and Motion For Final Approval of

4   Settlement in excess of twenty-five (25) pages.

5    This application is made on the grounds that good cause exists for excusing

6   compliance with the twenty-five (25) page limit in Local Rule 7-2(b) because the discussion of

7   law and fact in support of the parties' Motion requires more than twenty-five (25) pages.  In their

8   Joint Final Approval Motion, the parties must address nine class member objections, a motion

9   filed by the New York Attorney General, and demonstrate that the Settlement is fair, adequate

10   and reasonable.  Furthermore, the parties would prefer to file one joint motion rather than two

11   independent final approval motions to avoid presenting the court with duplicative arguments.

12    WHEREFORE, the parties respectfully request that this Court enter an order

13   permitting the parties to file a Joint Motion For Final Approval of Settlement not to exceed 40

14   pages (excluding tables and exhibits).

15
16   DATED:  December 18, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP

17
18                                     By:   /s/
                                           M. KIRBY C. WILCOX
19                                     Attorneys for Defendant
                                       UBS FINANCIAL SERVICES INC.

20   DATED:  December 18, 2006         McINERNEY & JONES

21
22                                     By:   /s/
                                           KEVIN McINERNEY
23                                     Attorneys for Plaintiffs

24

25

26

27

28

1    GOOD CAUSE APPEARING THEREFORE, the parties are hereby GRANTED

2  leave to file a Motion For Final Approval of the Proposed Class Action Settlement,  not to exceed

3  40 pages.

4

5    IT IS SO ORDERED.

6

7  DATED: _ December 19 _____, 2006

8

9                                            _____
                                            MAXINE M. CHESNEY

10                                          Judge, United States District Court

11

12

13  LEGAL_US_W # 55300493.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C-06-4068 MMC            - 2 -            APPLICATION FOR ORDER GRANTING PLAINTIFFS
                                                   AND  DEFENDANT TO EXCEED PAGE LIMIT