JOHN HALEBIAN (*Pro Hac Vice*)
ADAM C. MAYES (SBN 200188)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel:   (212) 608-1900
Fax:   (212) 208-6806
212 Wood Street
Pacific Grove, CA 93950
Tel:   (831) 333-0309
Fax:   (831) 333-0325
jhalebian@lshllp.com

Attorneys for Proposed Intervenor-Plaintiff
Anthony D'Aria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH GLASS, et al.,

                Plaintiffs,

vs.

UBS FINANCIAL SERVICES, INC., et al.,

                Defendants.

Case No. C-06-04068 MMC

**JOINT STIPULATION FOR ORDER ENLARGING TIME TO HEAR (1) PLAINTIFF'S MOTION, AND (2) DEFENDANT'S MOTION, TO STRIKE D'ARIA'S RESPONSE TO THE COURT'S REQUEST FOR BRIEFING ON LAWRENCE R. KAUFMANN'S REQUEST TO WITHDRAW *GLASS* OBJECTIONS**

**[PROPOSED] ORDER**

Ctrm: 7
Judge: Hon. Maxine M. Chesney

---

CASE NO. C-06-04068 MMC        JOINT STIPULATION ENLARGING TIME FOR MOTIONS TO STRIKE
                                      D'ARIA'S BRIEFING ON KAUFMANN'S REQUEST TO WITHDRAW

1    IT IS HEREBY STIPULATED by and between the counsel of record for Plaintiffs, Defendant and Proposed Intervenor Anthony D'Aria, through their respective undersigned counsel, that the hearing date for (1) Plaintiffs' Motion to Strike (docket no. 106), and (2) Defendant's Motion to Strike (docket no. 121), be re-scheduled from January 12, 2007, to January 19, 2007, with consequent change to the briefing schedule for the motions as determined under Local Rule 7-3.

By a separate stipulation of today's date, Plaintiffs, Defendant and Proposed Intervenor Anthony D'Aria have also stipulated to enlarge time to brief Mr. D'Aria's motions to intervene.

This stipulation is made pursuant to Local Rule 6-2 on the grounds that it avoids duplication of travel by Mr. D'Aria's counsel to appear at both a January 12, 2007, hearing on the motions to strike, and at the January 19, 2007 hearing on the motion to intervene; it avoids conflict between travel by Mr. D'Aria's counsel to appear at a January 12, 2007, hearing on the motions to strike, and the seperately stipulated briefing schedule for Mr. D'Aria's motion to intervene; it avoids conflict between the briefing schedule consequent to a January 12, 2007, hearing date for the motions to strike, and the international travel plans of counsel for UBS, M. Kirby C. Wilcox, during the week of December 25, 2006, through January 1, 2007; and the stipulation is made jointly by Plaintiffs, Defendant and Mr. D'Aria, with no opposition anticipated.

The stipulation is based on the Declaration of Adam C. Mayes filed concurrently herewith, and all records and papers on file in the above-captioned proceeding.

DATED:  December 20, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                   By:_____/s/_____
                                        M. KIRBY C. WILCOX
                                   Attorneys for Defendant
                                   UBS FINANCIAL SERVICES INC.

DATED:  December 20, 2006          McINERNEY & JONES

                                   By:_____/s/_____
                                        KEVIN McINERNEY
                                   Attorneys for Plaintiffs

DATED:  December 20, 2006          LOVELL STEWART HALEBIAN LLP

                                   By:_____/s/_____
                                        ADAM C. MAYES
                                   Attorneys for Proposed Intervenor Anthony D'Aria

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

   1. The hearing regarding Plaintiffs' Motion to Strike (docket no. 106) is calendared for January 19, 2007 at 9:00 a.m.; and

   2. The hearing regarding Defendant's Motion to Strike (docket no. 121) is calendared for January 19, 2007 at 9:00 a.m.

Dated:  December 20, 2006                    _____
                                              MAXINE M. CHESNEY
                                              UNITED STATES DISTRICT JUDGE