*(Counsel of Record are Listed on Next Page)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-06-4068 MMC<br><br>**JOINT STIPULATION FOR ORDER ENLARGING TIME FOR UBS FINANCIAL SERVICES INC. AND PLAINTIFFS TO FILE OPPOSITIONS TO ANTHONY D'ARIA'S MOTION TO INTERVENE AND TO AMEND BRIEFING SCHEDULE**<br><br>**[PROPOSED] ORDER** ADOPTING STIPULATION WITH MODIFICATIONS<br><br>Judge:   Honorable Maxine M. Chesney |

1  KEVIN J. McINERNEY (NYS #KM0163)
   CHARLES A. JONES (CA SB# 224915)
2  McINERNEY AND JONES
   18124 Wedge Parkway, Suite 503
3  Reno, NV 89511
   Telephone:  (775) 849-3811
4  Facsimile:  (775) 849 3866

5  MICHAEL SHEN (MS5714)
   MICHAEL SHEN & ASSOCIATES, P.C.
6  225 Broadway, Suite 2515
   New York, NY 10007
7  Telephone:  (212) 227-0300
   Facsimile:  (212) 227-2714
8
   JEFFREY DONOFRIO (ct07738)
9  CIULLA & DONOFRIO
   127 Washington Ave.
10 North Haven, CT 06473
   Telephone:  (203) 239-9828
11 Facsimile:  (203) 234-0379

12 Attorneys for Plaintiffs

13 M. KIRBY C. WILCOX (SB# 78576)  kirbywilcox@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
14 55 Second Street
   Twenty-Fourth Floor
15 San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
16 Facsimile:  (415) 856-7100

17 Attorneys for Defendant
   UBS FINANCIAL SERVICES INC.
18

19

20

21

22

23

24

25

26

27

28

CASE NO.  C-06-4068 MMC                          JOINT STIPULATION ENLARGING TIME
                                                 RE D'ARIA MOTION TO INTERVENE

1    IT IS STIPULATED by and between the counsel of record for the Plaintiffs, Defendant, and Proposed Intervenor Anthony D'Aria, through their respective undersigned counsel, that the deadline for the Plaintiffs and Defendant to file their Oppositions to Anthony D'Aria's Motion to Intervene be extended from December 29, 2006 to January 5, 2007.  It is further stipulated that the deadline for Anthony D'Aria to file replies to the oppositions be extended from January 5, 2007 to January 12, 2007.

By a separate stipulation of today's date, Plaintiffs, Defendant and Anthony D'Aria have also stipulated to enlarge time to hear Plaintiffs' and Defendant's motions to strike.

This stipulation is made pursuant to Local Rule 6-2 on the grounds that counsel for UBS, M. Kirby C. Wilcox, will be traveling internationally during the week of December 25, 2006 through January 1, 2007 and the stipulation is made jointly by Plaintiffs, Defendant and Anthony D'Aria, with no opposition anticipated.  The stipulation is based on the Declaration of M. Kirby C. Wilcox filed concurrently, and all records and papers on file in the above-captioned proceeding.

DATED:  December 20, 2006         PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/
M. KIRBY C. WILCOX
Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

DATED:  December 20, 2006         McINERNEY & JONES


By: /s/
KEVIN McINERNEY
Attorneys for Plaintiffs

DATED:  December 20, 2006         LOVELL STEWART HALEBIAN LLP


By: /s/
ADAM C. MAYES
Attorneys for Proposed Intervenor Anthony J. D'Aria

CASE NO.  C-06-4068 MMC                -1-              JOINT STIPULATION ENLARGING TIME
                                                        RE D'ARIA MOTION TO INTERVENE

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED THAT:

1. Papers in opposition to Anthony D'Aria's Motion To Intervene must be filed no later than ~~January 5, 2007~~ January 3, 2007;

2. Papers in reply to oppositions to Anthony D'Aria's Motion To Intervene must be filed no later than ~~January 12, 2007~~ January 10, 2007; and

3. The hearing regarding Anthony D'Aria's Motion to Intervene remains calendared for January 19, 2007 at 9:00 a.m.

DATED: December 21, 2006

*[signature]*
MAXINE M. CHESNEY
Judge, United States District Court

LEGAL_US_W # 55326995.1

CASE NO. C-06-4068 MMC    -2-    JOINT STIPULATION ENLARGING TIME RE D'ARIA MOTION TO INTERVENE