# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**UBS FINANCIAL SERVICES INC.,** and **DOES 1 through 50,** inclusive,<br><br>Defendants. | CASE NO. C-06-4068 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S AND PLAINTIFFS' REQUEST FOR AN EXTENSION TO THEIR JOINT MOTION FOR FINAL APPROVAL AND PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND ENHANCEMENTS |

The Court, having reviewed the joint application by defendant and plaintiffs for additional time in which to file their motion for joint approval and plaintiffs' motion for attorney's fees, costs and enhancements, and good cause appearing therein, it is hereby

ORDERED that the time for the parties to file their joint motion for final approval of the settlement and for the plaintiffs to file their motion for attorney's fees, costs and enhancements is hereby extended to and including January 5, 2007.

Dated: December 21, 2006

*/s/ Maxine M. Chesney*
Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S AND PLAINTIFFS' REQUEST FOR AN EXTENSION TO THEIR JOINT MOTION FOR FINAL APPROVAL AND PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS AND ENHANCEMENTS                                                              Page 1