IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING ANTHONY D'ARIA'S APPLICATION FOR ORDER PERMITTING HIM TO FILE REPLY EXCEEDING PAGE LIMIT** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | (Docket No. 170) |
| Defendants. | |

Before the Court is proposed intervenor Anthony D'Aria's ("D'Aria") application, filed January 3, 2007, for an order permitting him to file a reply, in support of his motion to intervene, that exceeds the 15-page limit set forth in Civil Local Rule 7-3(c). In particular, D'Aria seeks leave to file a 25-page reply because, he states, he "need[s] to address separate opposition papers filed by both Plaintiffs and Defendant[s]" and "prefers to file a single consolidated reply." Contrary to the apparent assumption underlying D'Aria's motion, the filing of separate oppositions does not necessarily entitle the moving party to file separate replies. Moreover, the total number of pages filed in opposition is less than the 25 pages allowed for a single opposition.

Accordingly, D'Aria's application is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 5, 2007

MAXINE M. CHESNEY
United States District Judge