United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UBS FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-06-4068 MMC<br><br>**ORDER GRANTING ATTORNEY GENERAL, STATE OF NEW YORK'S UNOPPOSED MOTION TO APPEAR AS AMICUS CURIAE TO COMMENT ON PROPOSED CLASS ACTION SETTLEMENT**<br><br>(Docket No. 95) |

    Before the Court is the motion filed November 28, 2006 by the Attorney General, State of New York ("Attorney General"), seeking permission to appear as amicus curiae for the purpose of commenting on the proposed class action settlement in the instant action. Pursuant to Civil Local Rule 7-2, an opposition to the Attorney General's motion was required to be filed no later than December 29, 2006. See Civil L.R. 7-3(a). On December 29, 2006, plaintiffs filed a statement of nonopposition to the Attorney General's motion; on the same date, defendants filed a substantive response to the arguments set forth in the Attorney General's amicus brief, but did not oppose the Attorney General's motion to appear as amicus curiae.

    Accordingly, the Attorney General's unopposed motion is hereby GRANTED.

This order terminates Docket No. 95.

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                             MAXINE M. CHESNEY
                                             United States District Judge