UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**UBS FINANCIAL SERVICES INC.,** a corporation; **UBS PAINE WEBBER,** a corporation; and **PAINE WEBBER GROUP INC.,** a corporation,<br><br>Defendants. | CASE NO. C-06-4068 MMC<br><br>**ORDER GRANTING GLASS PLAINTIFFS' REQUEST TO FILE SURREPLY BRIEF IN OPPOSITION TO MOTION TO INTERVENE**<br><br>(Docket No. 196) |

The Court, having considered the request by the Glass plaintiffs to file a surreply in further opposition to Anthony D'Aria's motion to intervene, hereby GRANTS such request. Plaintiffs shall file forthwith the proposed surreply attached as Exhibit A to their request.

IT IS SO ORDERED.

Dated: January 16, 2007

_____
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE GLASS PLAINTIFFS' REQUEST TO FILE SURREPLY BRIEF

Page 1