| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) |
|   | kirbywilcox@paulhastings.com |
| 2 | MOLLY HARCOS (SB #233556) |
|   | mollyharcos@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated, | CASE NO. C-06-04068 MMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' REQUEST TO FILE SURREPLY** |
| vs. | (Docket No. 199) |
| UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive, | |
| Defendants. | |

For good cause shown, defendants' request for leave to file their memorandum to Master Charles Legge in response to Anthony D'Aria's Reply in Support of Motion to Intervene, as a surreply before this Court, is hereby GRANTED. The proposed surreply filed by defendants on January 11, 2007 is deemed filed as of the date of this order.

IT IS SO ORDERED.

DATED: January 16, 2007

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
U.S. District Court Judge

Case No. C-06-04068 MMC

[PROPOSED] ORDER GRANTING
DEFENDANT'S LEAVE TO FILE SURREPLY