| | |
|---|---|
| 1 | M. KIRBY C. WILCOX (SB# 78576) kirbywilcox@paulhastings.com |
| 2 | MICHAEL M. PFYL (SB# 240925) michaelpfyl@paulhastings.com |
|   | MOLLY A. HARCOS (SB# 233556) mollyharcos@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 55 Second Street |
| 4 | Twenty-Fourth Floor |
|   | San Francisco, CA  94105-3441 |
| 5 | Telephone:  (415) 856-7000 |
|   | Facsimile:  (415) 856-7100 |

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated, <br><br>          Plaintiffs, <br><br>     vs. <br><br> UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive, <br><br>          Defendants. | CASE NO. C-06-4068 MMC <br><br> **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** <br><br><br> Date:     March 9, 2007 <br> Time:     9:00 a.m. <br> Place:    Courtroom 7, 19th Floor <br><br> Judge:    Hon. Maxine M. Chesney |

For good cause shown, Defendant's Motion to Remove Incorrectly Filed Documents (Docket Numbers 175 and 182) is GRANTED.

IT IS SO ORDERED.

DATED: January 26, 2007

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

LEGAL_US_W # 55494310.1