UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH,** individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>**vs.**<br><br>**UBS FINANCIAL SERVICES INC.,** a corporation; **UBS PAINE WEBBER,** a corporation; and **PAINE WEBBER GROUP INC.,** a corporation,<br><br>Defendants. | **CASE NO. C-06-4068 MMC**<br><br>~~[PROPOSED]~~ **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge: Honorable Maxine M. Chesney<br>Ctrm:  7, 19th Floor |

For good cause shown, Plaintiffs' Motion to Remove Incorrectly Filed Documents (Docket Nos. 176 and 184) is GRANTED.

IT IS SO ORDERED.

Date: __January 29___, 2007

_____
Honorable Maxine M. Chesney
United States District Court Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**
Page 1