IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING SHRENIK BAVISHI'S MOTION FOR RECONSIDERATION** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | (Docket No. 242) |
| Defendants. | |

Before the Court is Shrenik Bavishi's ("Bavishi") motion, filed February 16, 2007, seeking reconsideration of the Court's "decision denying Pro Se's motion requesting to 'Opt In' as class member." (See Motion at 1.) By order filed January 26, 2007 ("January 26 Order"), the Court denied Bavishi's motion to opt in, without prejudice to Bavishi's submitting such request to the Claims Administrator. (See January 26 Order at 13-14 n.5.) Bavishi's motion sets forth no argument, let alone authority, suggesting the Court erred in ruling that Bavishi's request should be determined by the Claims Administrator.

Accordingly, Bavishi's motion for reconsideration is hereby DENIED.

**IT IS SO ORDERED.**

Dated: February 22, 2007

MAXINE M. CHESNEY
United States District Judge