IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBS FINANCIAL SERVICES, INC., et al., <br><br> Defendants.  / | No. C-06-4068 MMC <br><br> **ORDER DENYING AS MOOT SHRENIK BAVISHI'S MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL** <br><br> (Docket No. 247) |

Before the Court is Shrenik Bavishi's ("Bavishi") motion, filed February 26, 2007, seeking an extension of time, to March 24, 2007, for purposes of filing an appeal of the Court's January 26, 2007 order granting final approval of the class settlement. Bavishi's motion is unnecessary. Pursuant to Rule 4(a)(4) of the Federal Rules of Appellate Procedure, the time to file an appeal runs from "the entry of the order disposing of the last . . . remaining motion . . . to alter or amend the judgment under Rule 59." See Fed. R. App. Proc. 4(a)(4)(A)(iv). On February 22, 2007, the Court ruled on the last remaining motion, Bavishi's motion for reconsideration of the Court's January 26, 2007 order and judgment. Consequently, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the deadline for Bavishi to file an appeal is 30 days after that date, i.e., March 26, 2007. See Fed. R. App. Proc. 4(a)(1)(A) and (a)(4)(A)(iv).

Accordingly, Bavishi's motion is hereby DENIED as moot.

This order terminates Docket No. 247.

**IT IS SO ORDERED.**

Dated: March 5, 2007

MAXINE M. CHESNEY
United States District Judge