JOHN HALEBIAN (*Pro Hac Vice*)
ADAM C. MAYES (SBN 200188)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel:    (212) 608-1900
Fax:    (212) 208-6806
212 Wood Street
Pacific Grove, CA 93950
Tel:    (831) 333-0309
Fax:    (831) 333-0325
jhalebian@lshlllp.com

Attorneys for Anthony D'Aria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JEFFREY BOWMAN AND LAUROS REYES aka LARRY REYES, individually, and on behalf of all others similarly situated, | Case No. C-04-03525 MMC<br>Case No. C-06-04068 MMC |
| Plaintiffs, | **[PROPOSED] ORDER TO ENLARGE TIME FOR (1) *BOWMAN* PLAINTIFFS', AND (2) *GLASS* PLAINTIFFS' MOTIONS TO REFER ATTORNEYS TO STANDING COMMITTEE ON PROFESSIONAL CONDUCT** |
| vs. |  |
| UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive, |  |
| Defendants. |  |
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated, |  |
| Plaintiffs, |  |
| vs. |  |
| UBS FINANCIAL SERVICES, INC. and DOES 1 through 50, inclusive, |  |
| Defendants. |  |

The Court, having reviewed the application of Anthony D'Aria and his counsel to enlarge time, and good cause appearing therein, IT IS HEREBY ORDERED THAT:

1.      The hearing regarding the *Bowman* Plaintiffs' Motion Requesting Referral of Attorneys Lovell Stewart Halebian LLP and John Halebian to Standing Committee on Professional Misconduct (*Bowman* docket no. 170) is calendared for April 20, 2007 at 9:00 a.m.; and

2.      The hearing regarding the *Glass* Plaintiffs' Motion to Refer the Law Firm of Lovell Stewart Halebian LLP and Attorney John Halebian to the Standing Committee on Professional Misconduct (*Glass* docket no. 249) is calendared for April 20, 2007 at 9:00 a.m.

Dated: _____March 14, 2007_____      _____
                                                                MAXINE M. CHESNEY
                                                        UNITED STATES DISTRICT JUDGE

1