JOHN HALEBIAN (*Pro Hac Vice*)
ADAM C. MAYES (SBN 200188)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110
Tel:   (212) 608-1900
Fax:   (212) 208-6806
212 Wood Street
Pacific Grove, CA 93950
Tel:   (831) 333-0309
Fax:   (831) 333-0325
jhalebian@lshllp.com

Attorneys for Proposed Intervenor-Plaintiff
Anthony D'Aria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>UBS FINANCIAL SERVICES, INC., a corporation; UBS PAINE WEBBER, a corporation; and PAINE WEBBER GROUP, a corporation,<br><br>                              Defendants. | Case No. C-06-04068 MMC<br><br>[~~PROPOSED~~] **ORDER TO ENLARGE TIME FOR PLAINTIFFS' MOTION TO REQUIRE APPELLATE BOND** |

The Court, having reviewed the application of proposed intervenor-plaintiff Anthony D'Aria to enlarge time, and good cause appearing therein, IT IS HEREBY ORDERED THAT the hearing regarding Plaintiffs' Motion to Require Unsuccessful Objectors to Post Appellate Bond (docket no. 289) is calendared for June 15, 2007 at 9:00 a.m.

Dated: May 16, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE