KEVIN J. MCINERNEY (CA SBN 46941)
CHARLES A. JONES (CA SBN 224915)
KELLY MCINERNEY (CA SBN 200017)
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866
kevin@mcinerneylaw.net

MICHAEL RUBIN (CA SBN 80618)
PETER LECKMAN (CA SBN 235721)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
mrubin@altshulerberzon.com
pleckman@altshulerberzon.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, and DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UBS FINANCIAL SERVICES INC., a corporation; UBS PAINE WEBBER, a corporation; and PAINE WEBBER GROUP INC., a corporation,<br><br>Defendants. | Case No. C-06-4068 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

Before the Court is Plaintiffs' Administrative Motion to Remove Incorrectly Filed Documents. Good cause appearing, the Court orders that the following documents be removed from the Court's docket:

1.  Declaration of David C. Holland in Support of Motion for Final Approval of Class Action Settlement filed on January 5, 2007 (Docket No. 188); and

2.  Declaration of Michael Rubin in Support of Plaintiffs' Motion to Require Unsuccessful Objectors to Post Appellate Bond filed on May 4, 2007 (Docket No. 290).

The redacted versions of these documents, which plaintiffs' counsel electronically filed on May 17, 2007, shall be deemed filed as of the date of the original filings.

**IT IS SO ORDERED.**

Dated: __May 18, 2007__          _____/s/ Maxine M. Chesney_____
                                 THE HONORABLE MAXINE M. CHESNEY
                                 UNITED STATES COURT DISTRICT JUDGE