IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UBS FINANCIAL SERVICES, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C-06-4068 MMC<br><br>**ORDER GRANTING MARTY EVANS'S MOTION TO ENLARGE TIME TO FILE OPPOSITION**<br><br>(Docket No. 315) |

    Before the Court is Marty Evans's ("Evans") motion, filed May 30, 2007, to extend, from May 25, 2007 to June 1, 2007, the deadline for him to oppose plaintiffs' Motion to Require Unsuccessful Objectors to Post Appellate Bond.  Plaintiffs have filed opposition to the motion; class member Anthony D'Aria has filed a statement of non-opposition; defendants have not filed a response to Evans's motion.

    Evans's motion is hereby GRANTED.  Evans shall file his opposition no later than June 1, 2007.  Plaintiffs' reply brief, if any, shall be filed no later than June 8, 2007.  In light of the parties' scheduling conflicts, the motion will be heard June 15, 2007, as currently scheduled.

**IT IS SO ORDERED.**

Dated: June 1, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge