United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' MOTION TO REQUIRE UNSUCCESSFUL OBJECTORS TO POST APPELLATE BOND; VACATING HEARING** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | |
| Defendants. | (Docket No. 289) |
| / | |

Before the Court is plaintiffs' "Motion to Require Unsuccessful Objectors to Post Appellate Bond," filed May 4, 2007, by which motion plaintiffs seek an order requiring appellants Anthony D'Aria ("D'Aria"), Marty Evans ("Evans"), and Shrenik Bavishi ("Bavishi") to jointly post a bond in the amount of $1.5 million for the purpose of ensuring their "ability to pay the Ninth Circuit's anticipated awards against them of double costs, fees, and damages under Fed. R. App. P. 38 and 28 U.S.C. § 1912, for pursuing frivolous appeals from this Court's denial of their challenges to the parties' class action settlement in this action." (See Motion at 1:12-15.) D'Aria and Evans have separately filed oppositions to the motion; Bavishi has filed "objections" to the motion. Plaintiffs have filed a reply. Having considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the June 15, 2007 hearing.

1       Assuming, <u>arguendo</u>, a district court may require the posting of an appellate bond to
2 ensure payment of an award under Rule 38, the Court finds plaintiffs have not
3 demonstrated the Court of Appeals is likely to find the appeals to be frivolous.  <u>See</u>, <u>e.g.</u>,
4 <u>Young v. New Process Steel, LP</u>, 419 F.3d 1201, 1207-08 (11th Cir. 2005) (holding district
5 court lacks discretion to require posting of appellate bond unless court determines appeal is
6 "likely to be frivolous, unreasonable, or without foundation"); <u>In re Heritage Bond Litigation</u>,
7 2005 WL 2401111 at *3 (C.D. Cal. 2005) (requiring appellate bond where "high probability"
8 appeals would be denied as frivolous).

9       Accordingly, plaintiffs' motion is hereby DENIED.

10       This order terminates Docket No. 289.

11       **IT IS SO ORDERED.**

12 Dated: June 8, 2007                       MAXINE M. CHESNEY
                                           United States District Judge