IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING BAVISHI'S REQUEST TO FILE COUNTERCLAIMS; DENYING WITHOUT PREJUDICE BAVISHI'S REQUEST TO PARTICIPATE IN NINTH CIRCUIT MEDIATION; DENYING BAVISHI'S REQUEST TO AMEND COUNTERCLAIMS** |
| v. | |
| UBS FINANCIAL SERVICES, INC., et al., | (Docket Nos. 325, 330) |
| Defendants. / | |

On June 1, 2007, Shrenik Bavishi ("Bavishi"), a member of the class who opted out of the class settlement, filed a request for permission to file a document entitled "Counterclaims and a Request for Relief" in the instant action, by which document Bavishi apparently seeks relief for asserted misconduct by plaintiffs' counsel with respect to the settlement of the instant action. The Court has granted final approval of the settlement and has entered judgment in the instant action; the judgment is currently on appeal. "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." See National Resources Defense Council, Inc. v. Southwest Marine Inc., 242 F.3d 1163, 1166 (9th Cir. 2001). Accordingly, Bavishi's request to file counterclaims is hereby DENIED.

Also before the Court is Bavishi's "Request for Permission to File His Statement and Request for Permission to Submit Correction," filed June 11, 2007. Pursuant to such request, Bavishi seeks (1) leave to amend his proposed counterclaims and (2) permission

to participate in a mediation before the Ninth Circuit Mediation Office. In light of the above ruling, Bavishi's request for leave to amend his proposed counterclaims is hereby DENIED as moot. Bavishi's request to participate in mediation before the Ninth Circuit Mediation Office is hereby DENIED without prejudice to Bavishi's raising such request with the Ninth Circuit.

This order terminates Docket Nos. 325 and 330.

**IT IS SO ORDERED.**

Dated: June 13, 2007

MAXINE M. CHESNEY
United States District Judge