IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING LETTER REQUEST OF MAY 20, 2008** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendants | |

The Court is in receipt of a letter, dated May 20, 2008, from Shrenik Bavishi ("Bavishi"), in which Bavishi seeks an order allowing him to file a "claim."

Because Bavishi opted out of the class certified in the above-titled action, he is not a party to the instant action and has no standing to seek relief herein. (See Order, filed January 26, 2007, at 13:23-25.)

Accordingly, Bavishi's letter request is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 2, 2008

MAXINE M. CHESNEY
United States District Judge