IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, et al., | No. C-06-4068 MMC |
| Plaintiffs, | **ORDER DENYING SHRENIK BAVISHI'S REQUEST FOR RECONSIDERATION** |
| v. | |
| UBS FINANCIAL SERVICES, INC., | |
| Defendants / | |

    The Court is in receipt Shrenik Bavishi's ("Bavishi") "Request for Reconsideration," filed June 16, 2006, by which Bavishi seeks reconsideration of the Court's June 2, 2008 order denying his request for leave to file a claim in the above-stated class action.

    The Court's prior order stated that "[b]ecause Bavishi opted out of the class certified in the above-titled action, he is not a party to the instant action and has no standing to seek relief herein." (See Order, filed June 2, 2008, at 19-21.)  Bavishis' request for reconsideration fails to address such finding in any respect, and fails to otherwise identify any cognizable ground for reconsideration.

    Accordingly, Bavishi's request is hereby DENIED.

    Because Bavishi lacks standing to seek any relief herein, any further requests for relief will be stricken.

    **IT IS SO ORDERED.**

Dated: June 20, 2008
                                             MAXINE M. CHESNEY
                                             United States District Judge