M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C-06-4068 MMC<br><br>**STIPULATION AND ORDER RE: DEADLINE TO FILE REPORTS UNDER THE JOINT STIPULATION OF SETTLEMENT AND RELEASE** |

| | |
|---|---|
| 1 | On December 18, 2009, this Court issued an Order Re: Letter from Claimant Mark R. Hurwitz; Directions to Counsel ("Hurwitz Order"). Earlier, on December 7, 2009, the United States Supreme Court had denied the final appeals of the Joint Stipulation of Settlement and Release ("Joint Stipulation") in this case, after years of appellate litigation. December 7, 2009, therefore, became the "Effective Date" of the Joint Stipulation, and many obligations were keyed to that date. Thus, when the Court issued its Hurwitz Order, the parties were in the midst of resolving issues regarding participation in the claim process. |

In light of the need to resolve all participation issues and to respond to the Court's Hurwitz Order in a timely and coordinated manner, the parties respectfully request that the Court grant them until January 22, 2010 – the same date set for the response to the Hurwitz Order – to file the final reports required by the terms of the Joint Stipulation. By granting this request, the Court will have all required pleadings on one date, and each pleading will accurately reflect the then-current status of the claim process.

Respectfully submitted,

DATED: January 11, 2010    PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/ M. Kirby C. Wilcox_____
         M. KIRBY C. WILCOX

Attorneys for Defendant

DATED: January _____, 2010    McINERNEY AND JONES


By:_____
         KEVIN J. McINERNEY

Attorneys for Plaintiffs

//

On December 18, 2009, this Court issued an Order Re: Letter from Claimant Mark R. Hurwitz; Directions to Counsel ("Hurwitz Order"). Earlier, on December 7, 2009, the United States Supreme Court had denied the final appeals of the Joint Stipulation of Settlement and Release ("Joint Stipulation") in this case, after years of appellate litigation. December 7, 2009, therefore, became the "Effective Date" of the Joint Stipulation, and many obligations were keyed to that date. Thus, when the Court issued its Hurwitz Order, the parties were in the midst of resolving issues regarding participation in the claim process.

In light of the need to resolve all participation issues and to respond to the Court's Hurwitz Order in a timely and coordinated manner, the parties respectfully request that the Court grant them until January 22, 2010 – the same date set for the response to the Hurwitz Order – to file the final reports required by the terms of the Joint Stipulation. By granting this request, the Court will have all required pleadings on one date, and each pleading will accurately reflect the then-current status of the claim process.

Respectfully submitted,

DATED: January 11, 2010       PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
   M. KIRBY C. WILCOX

Attorneys for Defendant

DATED: January 11, 2010       McINERNEY AND JONES

By:_____
   KEVIN J. McINERNEY

Attorneys for Plaintiffs

//

**ORDER**

IT IS SO ORDERED.

DATED: __January 12__, 2010

_____
MAXINE M. CHESNEY

LEGAL_US_W # 63640724.1