M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

KEVIN J. McINERNEY (NYS #KM0163)
kevin@mcinerneylaw.net
CHARLES A. JONES (CA SB# 224915)
McINERNEY AND JONES
18124 Wedge Parkway, Suite 503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849 3866

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendant. | CASE NO. C-06-4068 MMC<br><br>**[PROPOSED] ORDER CONFIRMING PROOF OF SETTLEMENT PAYMENTS** |

1  The Court, having considered the Proof of Settlement Payments and supporting
2  documents, orders and adjudges that UBS Financial Services Inc. has fully and completely
3  implemented its duties to distribute the settlement funds under the Amended Joint Stipulation Of
4  Settlement And Release Between Plaintiffs Joseph Glass, Dante DiFrancesco, Ralph Carbone
5  And David Bachrach and Defendant UBS Financial Services Inc.

7  DATED: January _____, 2010

   _____
   Hon. Maxine M. Chesney
   Judge, United States District Court

LEGAL_US_W # 63717843.1

Case No. C-06-4068 MMC                    [PROPOSED] ORDER CONFIRMING
                                          PROOF OF SETTLEMENT PAYMENTS