M. KIRBY C. WILCOX (SB# 078576) kirbywilcox@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UBS FINANCIAL SERVICES INC.

KEVIN J. McINERNEY (NYS #KM0163)
kevin@mcinerneylaw.net
CHARLES A. JONES (CA SB# 224915)
McINERNEY AND JONES
18124 Wedge Parkway, Suite 503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849 3866

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, AND DAVID BACHRACH, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE NO. C-06-4068 MMC<br><br>**[PROPOSED] ORDER CONFIRMING PROOF OF SETTLEMENT PAYMENTS** |

1     The Court, having considered the Proof of Settlement Payments and supporting documents, orders and adjudges that UBS Financial Services Inc. has fully and completely implemented its duties to distribute the settlement funds under the Amended Joint Stipulation Of Settlement And Release Between Plaintiffs Joseph Glass, Dante DiFrancesco, Ralph Carbone And David Bachrach and Defendant UBS Financial Services Inc.

DATED: January __28__, 2010

_____
Hon. Maxine M. Chesney
Judge, United States District Court

LEGAL_US_W # 63717843.1

Case No. C-06-4068 MMC             [PROPOSED] ORDER CONFIRMING PROOF OF SETTLEMENT PAYMENTS