1  M. KIRBY C. WILCOX (SB# 078576)  kirbywilcox@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  55 Second Street
   Twenty-Fourth Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Defendant
   UBS FINANCIAL SERVICES INC.
6
   KEVIN J. McINERNEY (NYS #KM0163)
7  kevin@mcinerneylaw.net
   CHARLES A. JONES (CA SB# 224915)
8  McINERNEY AND JONES
   18124 Wedge Parkway, Suite 503
9  Reno, NV 89511
   Telephone:  (775) 849-3811
10 Facsimile:  (775) 849 3866

11 Attorneys for Plaintiffs

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16  JOSEPH GLASS, DANTE DIFRANCESCO, RALPH CARBONE, 17  AND DAVID BACHRACH, individually, and on behalf of all others similarly 18  situated,<br><br>19              Plaintiff,<br><br>20        vs.<br><br>21  UBS FINANCIAL SERVICES INC., and DOES 1 through 50, inclusive,<br>22<br>              Defendant.<br>23 | CASE NO. C-06-4068 MMC<br><br>[PROPOSED] ORDER CONFIRMING PROOF OF SETTLEMENT PAYMENTS |

24

25

26

27

28

Case No. C-06-4068 MMC                    [PROPOSED] ORDER CONFIRMING
                                          PROOF OF SETTLEMENT PAYMENTS

1  The Court, having considered the Proof of Settlement Payments and supporting
2  documents, orders and adjudges that UBS Financial Services Inc. has fully and completely
3  implemented its duties to distribute the settlement funds under the Amended Joint Stipulation Of
4  Settlement And Release Between Plaintiffs Joseph Glass, Dante DiFrancesco, Ralph Carbone
5  And David Bachrach and Defendant UBS Financial Services Inc.

DATED: January __28__, 2010

_____
Hon. Maxine M. Chesney
Judge, United States District Court

LEGAL_US_W # 63717843.1

Case No. C-06-4068 MMC

[PROPOSED] ORDER CONFIRMING
PROOF OF SETTLEMENT PAYMENTS